IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN,

              Plaintiff,

v.

NATIONAL SECURITY AGENCY, et al

              Defendants.

Civil Action No. 1:14-cv-92

**PLAINTIFF'S RESPONSE TO COURT'S OSC OF FEBRUARY 21, 2018**

Plaintiffs hereby respond to the Court's show cause order of February 21, 2018.

It is clear, given the recent dismissal of *Klayman I*[1], *Klayman II*[2], and *Klayman IV*[3] that this Court has "lost interest" and will not allow any legitimate case concerning the continuing violation of the Constitution by the intelligence agencies and the Federal Bureau of Investigation (FB!) to proceed to discovery and trial. This is much more than a disappointment, as Plaintiffs and the American people had put their faith in this Court to be courageous in the face of a rogue intelligence community and FBI that have systematically been untruthful and flagrantly violated the Fourth Amendment constitutional rights of the tens of millions of Americans, notwithstanding the class action plaintiffs.

It would appear that the Court must have been threatened by the intelligence community and that ex parte communications must have occurred in this regard, either directly or indirectly. In this regard, Plaintiff Dennis Montgomery in a related case, *Montgomery v. Obama et al*, 17-

---

[1] 13-cv-851
[2] 13-cv-881
[3] 17-cv-1074

1

cv-1074 (D.D.C) ("*Klayman IV*") was prepared to testify in his case and has been interviewed under oath and videoed by the FBI at the Washington, D.C, Field Office, that this Court, the Honorable Richard Leon, was, along with 156 other judges, "harvested" by the intelligence agencies, then lead by James Clapper, John Brennan and other of similar criminal mind and inclinations.

In the last pleading filed in *Klayman IV*, Plaintiffs asked the Court to disclose "whether it has been contacted by the FBI and the intelligence agencies." ECF No. 46. The Plaintiffs in this case make the same request of the Court to disclose this information within 5 business days. If a response is not made, then Plaintiffs in all related cases will forward the matter to appropriate authorities, assuming there is any entity or person left in the nation's law enforcement establishment that has not been compromised or is willing to take on the Defendants for fear that their personal and professional lives will also be smeared in public leaks and disclosures.

This would be a shame, as this Court was one of the last who the undersigned counsel had any faith in to do the right thing under the law. It now appears that your Honor too has been coopted by the so called "Deep State," through threats or other forms of coercion, direct, indirect or subliminal. With all due respect, this Court's last dismissal in *Klayman IV*, coming many months after Plaintiffs asked for and this Court agreed to consider and rule upon expedited relief, is so factually and legally flawed and contrived – cutting off even rights to preliminary discovery by this Court -- that this regrettably the only logical conclusion.

As the rogue actors in the intelligence community and the FBI have criminally leaked confidential information and violated the Fourth Amendment to harm the president, his family and those around him, this Court must also have concluded that they would certainly do the same thing to him if he allowed any of the related cases to move to discovery and possibly trial.

Plaintiffs thus urge this Court to not also dismiss this action and to vacate its recent dismissal in *Klayman I, Klayman II,* and *Klayman IV*. Plaintiffs and their counsel do not hold out hope however, under the circumstances. The nation is living under what amounts to an Orwellian police state and this Court apparently has also fallen victim to it.

Without a federal judiciary that will stand up to and not cower to this government tyranny and lawlessness by the "elite establishment" -- who put their nefarious interests above We the People -- the United States will in the medium and certainly long term cease to exist and the vision and creation of our Founding Fathers will have been forever lost.

Date: March 20, 2018                                   Respectfully Submitted,

                                                       /s/ Larry Klayman_____

                                                       Larry Klayman, Esq.
                                                       KLAYMAN LAW GROUP, P.A.
                                                       2020 Pennsylvania Avenue, N.W.
                                                       Suite 800
                                                       Washington, D.C. 20006
                                                       Tel: (310) 595-0800
                                                       Email: leklayman@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on March 20, 2018.

/s/ Larry Klayman