# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:14-cv-92 |
| NATIONAL SECURITY AGENCY, et al | |
| Defendants. | |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER OF MARCH 28, 2018

Plaintiffs and members of the putative class have reviewed the Court's latest dismissal, which was made without factual or legal bases, identical to what the Honorable Richard J. Leon has done recently in related cases, and have observed that that Your Honor has again refused and failed to state, as requested in this case and in *Klayman v. Obama et al.*, 17-cv-1074 (D.D.C) ("*Klayman IV*"), to disclose "whether it has been contacted by the FBI and the intelligence agencies." ECF No. 46.

The failure and refusal to simply answer this legitimate question, when asked on multiple occasions, has been taken as an admission by the plaintiff and pro se counsel in his own capacity that indeed there have been *ex parte* communications with these government entities and/or their agents. If this Court disagrees with this conclusion, Plaintiffs and the putative class ask the Court one more time to make this disclosure within 5 business days.

This last inquiry is necessary for Plaintiffs and the putative class, as well as the Plaintiffs in related cases *Klayman I*[1], *Klayman II*[2], and *Klayman IV* (with the exception of Montgomery),

---

[1] *Klayman v. Obama et al.*, 13-cv-851 (D.D.C.).

1

whose cases were also recently dismissed with factual or legal bases, is to determine the appropriate course of action to pursue in furtherance of the due process and other rights which have been denied to them without factual or legal bases, particularly since these cases were dismissed with prejudice after years and months of inaction by this Court, without even allowing for leave to amend the complaints.

At one time Your Honor called these cases the "pinnacle of national importance." It is thus likely that something happened in the intervening years, such as pressure from the FBI and intelligence agencies, which have committed several now documented continuing illegalities concerning unconstitutional surveillance without probable cause, to have jettisoned these matters on what on their face are clearly contrived, non-meritorious and even frivolous grounds.

Date: March 29, 2018

Respectfully Submitted,

/s/ Larry Klayman_____

Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Plaintiff Pro Se*

---

[2] *Klayman v. Obama, et al.*, 13-cv-881 (D.D.C).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on March 29, 2018.

*/s/ Larry Klayman*